68377. LEE CONNELL CONSTRUCTION COMPANY et al.
v. SWANN.
(333 SE2d 450)

BEASLEY, Judge.
The Supreme Court of Georgia in *Lee Connell Constr. Co. v. Swann*, 254 Ga. 121 (327 SE2d 222) (1985), has reversed our decision in *Lee Connell Constr. Co. v. Swann*, 172 Ga. App. 305 (322 SE2d 736) (1984), which had affirmed the trial court's affirmance of the Board of Workers' Compensation. In accordance with the mandate of the Supreme Court, our judgment is vacated and the trial court's judgment is reversed.

*Judgment reversed. Banke, C. J., Deen, P. J., McMurray, P. J., Birdsong, P. J., Carley, Sognier, Pope, and Benham, JJ., concur. Deen, P. J., McMurray, P. J., and Carley, J., also concur specially.*

CARLEY, Judge, concurring specially.
I agree with the majority opinion that "[i]n accordance with the mandate of the Supreme Court, our judgment is vacated and the trial court's judgment is reversed." However, I think it important to note that the Supreme Court's reversal of this court's affirmance of the trial court was based upon the holding that we erroneously "equated the permanent lens implant with the wearing of eyeglasses or contact lens." *Lee Connell Constr. Co. v. Swann*, 254 Ga. 121 (327 SE2d 222) (1985). However, as I read the Supreme Court's opinion, it did not affect that portion of our original opinion which overruled *Dunn v. Hartford Accident &c. Co.*, 81 Ga. App. 283 (58 SE2d 245) (1950) and *Georgia Cas. &c. Co. v. Wesby*, 119 Ga. App. 545 (168 SE2d 191) (1969).

I am authorized to state that Presiding Judge Deen and Presiding Judge McMurray join in this special concurrence.

DECIDED MAY 31, 1985.

*George L. Pope, Jr., Lyman M. Delk, Jr.*, for appellants.

*John M. Strain*, for appellee.